

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| NOEL CASTILLO and NORMA CASTILLO, | § | No. 08-22-00167-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Criminal Court No. 1 |
| MARIA MARTINEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2022-CCV00425) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect to costs. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF APRIL, 2023.


YVONNE T. RODRIGUEZ, Chief Justice


Before Rodriguez, C.J., Palafox, and Soto, JJ.